**Order entered December 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01747-CV

### CHELSEA L. DAVIS, Appellant

### V.

### MCKOOL SMITH P.C., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14215**

## ORDER

We **DENY** appellant's November 27, 2014 "emergency motion for extension of time to file motion for reconsideration en banc" to the extent appellant seeks an extension until September 30, 2015. Any motion for reconsideration en banc shall be filed no later than January 5, 2015. No further extension motions will be entertained.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE